June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
jcoleman@ecplslaw.com

Attorneys for
DEFENDANTS CBSJ FINANCIAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK HANKINS,<br><br>     Plaintiff,<br><br>v.<br><br>CBSJ FINANCIAL,<br><br>     Defendant. | Case No.: 08-05136 CW<br><br>[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S INSURANCE REPRESENTATIVE AT MEDIATION<br><br>DATE:      May 7, 2009<br>TIME:      9:00 a.m.<br>MEDIATOR: Michael Waughtel |

Good cause existing, the Court hereby grants defendant's request for permission to appear at the mediation by telephone and hereby excuses defendant's insurance representative from personal appearance at the mediation session scheduled for May 7, 2009. Defendant's insurance representative is required to be immediately available by telephone for the duration of the mediation.

IT IS SO ORDERED.

Date: 4-06-2009

_____
Magistrate Judge Wayne D. Brazil
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE BY DEFENDANT'S INSURANCE REPRESENTATIVE AT MEDIATION