Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff,
MARK HANKINS

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARK HANKINS, | Case No.: 4:08-cv-05136-CW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| CBSJ FINANCIAL, | **Fed. R. Civ. P. 41(a)(1)** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, MARK HANKINS and Defendant, CBSJ FINANCIAL, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARK HANKINS, against Defendant, CBSJ FINANCIAL, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

Dated:   6/26/09            KROHN & MOSS LTD

1

|  |  |
|---|---|
|  | /s/ Ryan Lee |
|  | Ryan Lee |
|  | Attorney for Plaintiff, |
|  | MARK HANKINS |
| Dated:   6/26/09 | ELLIS COLEMAN POIRIER LAVOIE & STEINHEIMER |
|  | /s/ June D. Coleman |
|  | June D. Coleman |
|  | Attorney for Defendant, |
|  | CBSJ Financial |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated:   7/14/09

_____
The Honorable Judge
Claudia Wilken
United States District Judge